# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RUSSELL,<br><br>          Plaintiff,<br><br>    v.<br><br>MARRIOTT INTERNATIONAL INC, et al.,<br><br>          Defendants. | CASE NO. 1:20-cv-00270-AWI-JLT<br><br>**ORDER SETTING ASIDE DEFAULT AND EXTENDING DEADLINE FOR THE RESPONSIVE PLEADING**<br>**(Docs. 11, 12)** |

The parties have stipulated to set aside the Clerk's entry of Default as to Interstate Management Company, LLC (Doc. 10). Also, they have stipulated to allow the defendant to an extension of time to respond to the complaint. Thus, the Court **ORDERS**:

1. The Clerk's Entry of Default (Doc. 10) as to Interstate Management Company, LLC is SET ASIDE;

2. The deadline for Interstate Management Company, L.L.C. to file a response to the complaint is extended to April 17, 2020.

IT IS SO ORDERED.

    Dated: __**March 26, 2020**__                 __**/s/ Jennifer L. Thurston**__
                                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 1:20-cv-00270-AWI-JLT     2     [PROPOSED] ORDER GRANTING TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)