# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MARK RUSSELL,

                    Plaintiff,

          v.

MARRIOTT INTERNATIONAL INC, et al.,

                    Defendants.

CASE NO. 1:20-cv-00270-AWI-JLT

**ORDER AFTER NOTICE OF SETTLEMENT**
(Doc. 15)

The plaintiff reports that he has settled the matter and indicates he will seek dismissal of the action soon. (Doc. 15 at 1) Thus, the Court **ORDERS**:

1.     The stipulation to dismiss the action **SHALL** be filed **no later than June 19, 2020**;

2.     All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **April 19, 2020**                    **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE