**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK RUSSELL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARRIOTT INTERNATIONAL INC, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 1:20-cv-00270-AWI-JLT<br><br>**ORDER CLOSING THE CASE**<br>**(Doc. 17)** |

　　　The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1).  (Doc. 17) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　Dated:　**June 3, 2020**　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE